# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEXPAK CORPORATION, et al.,[1] | ) | Case No. 09-11244 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AMENDED[2] AGENDA FOR MATTERS SCHEDULED FOR HEARING ON JANUARY 6, 2010 AT 9:30 A.M.

### I. CONTINUED MATTERS

1. Debtor's Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 363 Authorizing Debtor Nexpak Holdings, LLC to Cancel or Waive Certain Inter-Company Debt Owed by a Non-Debtor Affiliate or to Exchange Such Debt for Equity (Filed June 9, 2009; Docket No. 161).

**Related Documents:**

(a) Motion to Shorten Notice with Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 363 Authorizing Debtor NexPak Holdings, LLC to Cancel or Waive Certain Inter-company Debt Owed by a Non-debtor Affiliate or to Exchange Such Debt for Equity (Filed June 9, 2009; Docket No. 162).

(b) Order Granting Motion to Shorten Notice with Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 363 Authorizing Debtor NexPak Holdings, LLC to Cancel or Waive Certain Inter-company Debt Owed by a Non-debtor Affiliate or to Exchange Such Debt for Equity (Entered June 10, 2009; Docket No. 163).

(c) Notice of Motion Regarding D.I. 161 (Filed June 10, 2009; Docket No. 165).

**Objection Deadline:** June 17, 2009 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** This matter is continued to the hearing scheduled in these chapter 11 cases for February 9, 2010 at 9:30 a.m.

---

[1] The Debtors (along with the last four digits of their respective federal tax ID numbers) are the following entities: NexPak Corporation (2207); Atlanta Precision Molding Co., LLC (4923); EPM Holdings, Inc. (4658); NexPak Holdings LLC (8844); JMC Acquisition LLC (1660); and AEI Acquisition LLC (1655).

[2] Additional items appear in **bold**.

2. First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed September 29, 2009; Docket No. 399).

**Related Documents:**

(a) First Amended Disclosure Statement for the First Amended Joint Plan of Reorganization pursuant to Chapter 11 of the Bankruptcy Code (Filed September 29, 2009; Docket No. 400).

(b) Order (I) Approving Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving Form and Manner of Notice of Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (IV) Granting Related Relief. (Filed September 30, 2009; Docket No. 407).

(c) Notice of Adjournment of Hearing on Confirmation of Debtors' Proposed First Amended Joint Plan of Reorganization of NexPak and Its Affiliated Debtors and Debtors-in-Possession (Filed November 2, 2009; Docket No. 435).

(d) Notice of Adjournment of Hearing on Confirmation of the Debtors' Proposed First Amended Joint Plan of Reorganization (Filed November 30, 2009; Docket No. 466).

(e) Notice of Adjournment of Hearing on Confirmation of the Debtors' Proposed First Amended Joint Plan of Reorganization (Filed December 30, 2009; Docket No. 508).

**Objection Deadline:** October 29, 2009 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** This matter is continued to the hearing scheduled in these chapter 11 cases for February 9, 2010 at 9:30 a.m.

3. Debtors' First Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1 (Filed November 2, 2009; Docket No. 436).

**Related Documents:**

(a) Withdraw of Debtors' First Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1

Solely with Respect to WBC Trucking (Filed December 1, 2009; Docket No. 469).

(b) Certification of Counsel (Filed December 1, 2009; Docket No. 470).

**Objection Deadline:** November 25, 2009 at 4:00 p.m.

**Objections/Responses:**

(a) Response of NMHG Financial Services, Inc. to Debtors' First Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S. C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1 (Filed November 25, 2009; Docket No. 464).

**Status:** The hearing on the objection to the claim of NMHG Financial Services, Inc. is continued to the hearing scheduled in these chapter 11 cases for February 9, 2010 at 9:30 a.m. The Court has entered an Order with respect to the remaining claims subject to this objection (Docket No. 476; Entered December 2, 2009).

II. **FEE APPLICATIONS**

4. Second Interim Fee Applications

**Objection Deadline:** December 30, 2009 at 4:00 p.m.

**Objections/Responses:** See Amended Exhibit A attached hereto.

**Related Documents:** See Amended Exhibit A attached hereto.

**Status:** These matters are going forward.

Dated: January 5, 2010  **SULLIVAN • HAZELTINE • ALLINSON LLC**
Wilmington, Delaware

/s/ *William A. Hazeltine*
William A. Hazeltine (No. 3294)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195
whazeltine@sha-llc.com

*Attorneys for the Debtors and Debtors-in-Possession*

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 09-11244 (PJW) |
| NEXPAK CORPORATION, et al.,[1] | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## AMENDED[2] FEE APPLICATIONS SCHEDULED FOR HEARING ON JANUARY 6, 2010 AT 9:30 A.M.

1. Second Interim Application of Sullivan Hazeltine Allinson LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From July 1, 2009 through September 30, 2009 (Counsel to the Debtors) (Filed November 6, 2009; Docket No. 452).

**Related Documents:**

a.  Fourth Monthly Application for the Period from July 1, 2009 through July 31, 2009 (Filed August 19, 2009; Docket No. 314).

b.  Certificate of No Objection for Fourth Monthly Application (Filed September 10, 2009; Docket No. 343).

c.  Fifth Monthly Application for the Period from August 1, 2009 through August 31, 2009 (Filed September 3, 2009; Docket No. 332).

d.  Certificate of No Objection regarding Fifth Monthly Application (Filed September 25, 2009; Docket No. 384).

e.  Sixth Monthly Application for the Period from September 1, 2009 through September 30, 2009 (Filed October 14, 2009; Docket No. 430).

f.  Certificate of No Objection regarding Sixth Monthly Application (Filed November 6, 2009; Docket No. 450).

---

[1] The Debtors are the following entities: NexPak Corporation (2207); Atlanta Precision Molding Co., LLC (4923); EPM Holdings, Inc. (4658); NexPak Holdings LLC (8844); JMC Acquisition LLC (1660); and AEI Acquisition LLC (1655).

[2] Additional items appear in **bold**.

g.  Omnibus Notice of Interim Fee Applications (Filed December 17, 2009; Docket No. 499).

h.  **Notice regarding Omnibus Order Approving Second Interim Quarterly Fee Applications of Retained Professional (Filed January 5, 2010; Docket No. 516).**

i.  **Certificate of No Objection Regarding Second Interim Application (Filed January 5, 2010; Docket No. 517).**

**Objection Deadline:** December 30, 2009 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** This matter is going forward.

2.  Third Interim Application of Sullivan Hazeltine Allinson LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2009 through November 30, 2009 (Counsel to the Debtors) (Filed December 14, 2009; Docket No. 488).

**Related Documents:**

a.  Seventh Monthly Application for the Period from October 1, 2009 through October 31, 2009 (Filed November 12, 2009; Docket No. 456).

b.  Certificate of No Objection regarding Seventh Monthly Fee Application (Filed December 4, 2009; Docket No. 481).

c.  Eighth Monthly Application for the Period from November 1, 2009 through November 30, 2009 (Filed December 8, 2009; Docket No. 483).

d.  Omnibus Notice of Interim Fee Applications (Filed December 17, 2009; Docket No. 499).

e.  **Notice regarding Omnibus Order Approving Second Interim Quarterly Fee Applications of Retained Professional (Filed January 5, 2010; Docket No. 516).**

f.  **Certificate of No Objection Regarding Third Interim Application (Filed January 5, 2010; Docket No. 518).**

**Objection Deadline:** December 30, 2009 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** This matter is going forward.

3. Second Interim Application of Andrews Kurth LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2009 through September 30, 2009 (Special Counsel to the Debtors) (Filed December 15, 2009; Docket No. 492).

**Related Documents:**

a. Second Monthly Application for the Period from August 1, 2009 through September 30, 2009 (Filed October 20, 2009; Docket No. 432).

b. Certificate of No Objection regarding Second Monthly Application (Filed December 14, 2009; Docket No. 487).

c. Omnibus Notice of Interim Fee Applications (Filed December 17, 2009; Docket No. 499).

**d. Notice regarding Omnibus Order Approving Second Interim Quarterly Fee Applications of Retained Professional (Filed January 5, 2010; Docket No. 516).**

**e. Certificate of No Objection Regarding Second Interim Application (Filed January 5, 2010; Docket No. 519).**

**Objection Deadline:** December 30, 2009 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** This matter is going forward.

4. Second Interim Fee Application of Lowenstein Sandler PC, as Counsel, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 1, 2009 through October 31, 2009 (Counsel to the Committee of Unsecured Creditors) (Filed December 16, 2009; Docket No. 495).

**Related Documents:**

a. Third Monthly Application for the Period from July 1, 2009 through July 31, 2009 (Filed September 10, 2009; Docket No. 346).

b. Certificate of No Objection regarding Third Monthly Application (Filed October 6, 2009; Docket No. 417).

c. Fourth Monthly Application for the Period from August 1, 2009 through September 30, 2009 (Filed November 20, 2009; Docket No. 461).

d. Certificate of No Objection regarding Fourth Monthly Application (Filed December 14, 2009; Docket No. 489).

e. Fifth Monthly Application for the Period from October 1, 2009 through October 31, 2009 (Filed December 16, 2009; Docket No. 493).

f. **Certificate of No Objection Regarding Second Interim Application (Filed January 5, 2010; Docket No. 513).**

g. **Notice regarding Omnibus Order Approving Second Interim Quarterly Fee Applications of Retained Professional (Filed January 5, 2010; Docket No. 516).**

**Objection Deadline:** December 30, 2009 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** This matter is going forward.

5. Second Interim Application of Holland Van Gijzen Advocaten en Notarissen LLP ("Holland Van Gijzen") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from August 1, 2009 through October 31, 2009 (Special Dutch Counsel to the Debtors) (Filed December 17, 2009; Docket No. 496).

**Related Documents:**

a. Second Monthly Application for the Period from August 1, 2009 through August 31, 2009 (Filed September 18, 2009; Docket No. 356).

b. Certificate of No Objection regarding Second Monthly Application (Filed October 14, 2009; Docket No. 429).

c. Third Combined Monthly Application for the Period from September 1, 2009 through October 31, 2009 (Filed November 19, 2009; Docket No. 460)

d. Certificate of No Objection regarding Third Combined Monthly Application (Filed December 11, 2009; Docket No. 485).

e. Omnibus Notice of Interim Fee Applications (Filed December 17, 2009; Docket No. 499).

f. **Notice regarding Omnibus Order Approving Second Interim Quarterly Fee Applications of Retained Professional (Filed January 5, 2010; Docket No. 516).**

g. **Certificate of No Objection Regarding Second Interim Fee Application (Filed January 5, 2010; Docket No. 520).**

**Objection Deadline:** December 30, 2009 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** This matter is going forward.

6. Second Interim Fee Application of NachmanHaysBrownstein, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors (Filed December 22, 2009; Docket No. 500).

**Related Documents:**

a. Fourth Monthly Fee Application for the Period from August 1, 2009 through August 30, 2009 (Filed September 14, 2009; Docket No. 350).

b. Certificate of No Objection regarding Fourth Monthly Fee Application (Filed October 8, 2009; Docket No. 425).

c. Fifth Monthly Fee Application for the Period from September 1, 2009 through September 30, 2009 (Filed October 12, 2009; Docket No. 427).

d. Certificate of No Objection regarding Fifth Monthly Fee Application (Filed November 4, 2009; Docket No. 445).

e. **Certificate of No Objection Regarding Second Interim Application (Filed January 5, 2010; Docket No. 514).**

f.  **Notice regarding Omnibus Order Approving Second Interim Quarterly Fee Applications of Retained Professional (Filed January 5, 2010; Docket No. 516).**

**Objection Deadline:** December 30, 2009 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** This matter is going forward.

7.  Second Quarterly Fee Application of Drinker Biddle & Reath LLP, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 1, 2009 through September 30, 2009 (Co-Counsel to the Debtors) (Filed December 22, 2009; Docket No. 501).

**Related Documents:**

a.  Third Monthly Application for the Period from July 1, 2009 through July 31, 2009 (Filed September 24, 2009; Docket No. 345).

b.  Certificate of No Objection for Third Monthly Application (Filed October 6, 2009; Docket No. 416).

c.  Fourth Monthly Application for the Period from August 1, 2009 through August 31, 2009 (Filed October 12, 2009; Docket No. 428).

d.  Certificate of No Objection for Fourth Monthly Application (Filed November 4, 2009; Docket No. 446).

e.  Fifth Monthly Application for the Period from September 1, 2009 through September 30, 2009 (Filed November 11, 2009; Docket No. 454).

f.  Certificate of No Objection for Fifth Monthly Application (Filed December 3, 2009; Docket No. 480).

g.  **Certificate of No Objection Regarding Second Interim Application (Filed January 5, 2010; Docket No. 515).**

h.  **Notice regarding Omnibus Order Approving Second Interim Quarterly Fee Applications of Retained Professional (Filed January 5, 2010; Docket No. 516).**

**Objection Deadline:** December 30, 2009 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** This matter is going forward.