**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEXPAK CORPORATION, *et al.*, [1] | ) | Case No. 09-11244 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| NEXPAK CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 09-52224 |
| v. | ) | |
| | ) | |
| EGAMES INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED[2] AGENDA FOR MATTERS SCHEDULED FOR HEARING
ON FEBRUARY 9, 2010 AT 9:30 A.M.**

**I.   CONTINUED MATTERS**

     1.   Debtor's Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 363 Authorizing Debtor Nexpak Holdings, LLC to Cancel or Waive Certain Inter-Company Debt Owed by a Non-Debtor Affiliate or to Exchange Such Debt for Equity (Filed June 9, 2009; Docket No. 161).

     **Related Documents:**

     a.   Motion to Shorten Notice with Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 363 Authorizing Debtor NexPak Holdings, LLC to Cancel or Waive Certain Inter-company Debt Owed by a Non-debtor Affiliate or to Exchange Such Debt for Equity (Filed June 9, 2009; Docket No. 162).

     b.   Order Granting Motion to Shorten Notice with Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 363

---

[1] The Debtors (along with the last four digits of their respective federal tax ID numbers) are the following entities: NexPak Corporation (2207); Atlanta Precision Molding Co., LLC (4923); EPM Holdings, Inc. (4658); NexPak Holdings LLC (8844); JMC Acquisition LLC (1660); and AEI Acquisition LLC (1655).

[2] Amended items appear in **bold.**

Authorizing Debtor NexPak Holdings, LLC to Cancel or Waive Certain Intercompany Debt Owed by a Non-debtor Affiliate or to Exchange Such Debt for Equity (Entered June 10, 2009; Docket No. 163).

    c.    Notice of Motion Regarding D.I. 161 (Filed June 10, 2009; Docket No. 165).

**Objection Deadline:** June 17, 2009 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status: This matter is continued to the hearing scheduled in these chapter 11 cases for March 15, 2010 at 3:00 p.m.**

2.    First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed September 29, 2009; Docket No. 399).

**Related Documents:**

a.    First Amended Disclosure Statement for the First Amended Joint Plan of Reorganization pursuant to Chapter 11 of the Bankruptcy Code (Filed September 29, 2009; Docket No. 400).

b.    Order (I) Approving Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving Form and Manner of Notice of Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (IV) Granting Related Relief. (Filed September 30, 2009; Docket No. 407).

c.    Notice of Adjournment of Hearing on Confirmation of Debtors' Proposed First Amended Joint Plan of Reorganization of NexPak and Its Affiliated Debtors and Debtors-in-Possession (Filed November 2, 2009; Docket No. 435).

d.    Notice of Adjournment of Hearing on Confirmation of the Debtors' Proposed First Amended Joint Plan of Reorganization (Filed November 30, 2009; Docket No. 466).

e.    Notice of Adjournment of Hearing on Confirmation of the Debtors' Proposed First Amended Joint Plan of Reorganization (Filed December 30, 2009; Docket No. 508).

**Objection Deadline:** October 29, 2009 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status: This matter is continued to the hearing scheduled in these chapter 11 cases for March 15, 2010 at 3:00 p.m.**

3. Debtors' First Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1 (Filed November 2, 2009; Docket No. 436).

**Related Documents:**

a. Withdraw of Debtors' First Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1 Solely with Respect to WBC Trucking (Filed December 1, 2009; Docket No. 469).

b. Certification of Counsel (Filed December 1, 2009; Docket No. 470).

**Objection Deadline:** November 25, 2009 at 4:00 p.m.

**Objections/Responses:**

a. Response of NMHG Financial Services, Inc. to Debtors' First Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S. C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1 (Filed November 25, 2009; Docket No. 464).

**Status: The hearing on the objection to the claim of NMHG Financial Services, Inc. is continued to the hearing scheduled in these chapter 11 cases for March 15, 2010 at 3:00 p.m. The Court has entered an Order with respect to the remaining claims subject to this objection (Docket No. 476; Entered December 2, 2009).**

II. **UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION**

4. Motion to Approve Settlement between NexPak Corporation and EGAMES, Inc. (Filed December 30, 2009; docket No. 510).

**Objection Deadline:** February 2, 2010 at 4:00 p.m.

**Objections/Responses:** None

**Related Documents:**

a. Motion to Limit Notice (Filed February 19, 2010; Docket No. 537).

b. Order approving Motion to Limit Notice (Entered January 20, 2010; Docket No. 540).

c. Certificate of No Objection (Filed February 4, 2010; Docket No. 554).

**Status:** A Certificate of No Objection has been filed. This matter need not go forward unless the Court has any questions.

5. Debtors' Second Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1 (Filed January 8, 2010; Docket No. 530).

**Objection Deadline:** February 2, 2010 at 4:00 p.m.

**Objections/Responses:** None.

**Related Documents:**

a. Notice of Submission of Proof of Claim (Filed January 21, 2010; Docket No. 542).

b. Certificate of No Objection (Filed February 4, 2010; Docket No. 555).

**Status:** A Certificate of No Objection has been filed. This matter need not go forward unless the Court has any questions.

6. Debtors' Third Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1 (Filed January 8, 2010; Docket No. 531).

**Objection Deadline:** February 2, 2010 at 4:00 p.m.

**Objections/Responses:** None.

**Related Documents:**

a. Notice of Submission of Proof of Claim (Filed January 21, 2010; Docket No. 542).

b. Certificate of No Objection (Filed February 4, 2010; Docket No. 556).

**Status:** A Certificate of No Objection has been filed. This matter need not go forward unless the Court has any questions.

7. Motion to Approve Stipulation Among NexPak Corporation, General Electric Capital Corporation, and Counsel RB Capital, LLC (Filed January 19, 2010; Docket No. 535).

**Objection Deadline:** February 2, 2010 at 4:00 p.m.

**Objections/Responses:** None

**Related Documents:**

a. Motion to Limit Notice (Filed February 19, 2010; Docket No. 536).

b. Order approving Motion to Limit Notice (Entered January 20, 2010; Docket No. 541).

c. Certificate of No Objection (Filed February 4, 2010; Docket No. 557).

**Status:** A Certificate of No Objection has been filed. This matter need not go forward unless the Court has any questions.

### III. UNCONTESTED MATTERS GOING FORWARD

8. Debtor's Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 362 and 363 Authorizing Debtor NexPak Holdings LLC to Transfer Certain Finds to a Third Party Account in The Netherlands and to Consent to the Deposit of Certain Other Funds Into that Account *Nunc Pro Tunc* to February 2, 2010 (Filed February 2, 2010; Docket No. 549).

**Objection Deadline:** February 8, 2010 at 12:00 p.m.

**Objections/Responses:** None to date.

**Related Documents:**

a. Motion to Shorten and Limit Notice with Respect to Debtor's Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 362 and 363 Authorizing Debtor NexPak Holdings LLC to Transfer Certain Finds to a Third Party Account in The Netherlands and to Consent to the Deposit of Certain Other Funds Into that Account *Nunc Pro Tunc* to February 2, 2010 (Filed February 2, 2010; Docket No. 550).

b. Order Granting Motion to Shorten and Limit Notice (Entered February 3, 2010; Docket No. 551).

5

c. Notice of Motion (Filed February 3, 2010; Docket No. 552).

**Status:** This matter is going forward.

Dated: February 5, 2010      **SULLIVAN • HAZELTINE • ALLINSON LLC**
Wilmington, Delaware

                                 */s/ William A. Hazeltine*
                                 William A. Hazeltine (No. 3294)
                                 4 East 8th Street, Suite 400
                                 Wilmington, DE 19801
                                 Telephone: (302) 428-8191
                                 Facsimile: (302) 428-8195
                                 whazeltine@sha-llc.com

                                 *Attorneys for the Debtors and Debtors-in-Possession*