# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| NEXPAK CORPORATION, *et al.*, | ) | Case No. 09-11244 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| NEXPAK CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Defendants**: | ) | |
| AMERIC DISC U.S.A. – MINNESOTA INC. | ) | Adv. Proc. No. 09-52218 |
| THE DERING CORPORATION | ) | Adv. Proc. No. 09-52219 |
| DUPLIUM CORPORATION | ) | Adv. Proc. No. 09-52223 |
| VAUGHAN ASSOCIATES | ) | Adv. Proc. No. 09-52233 |

## STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTIONS
## ASSIGNED TO THE HONORABLE PETER J. WALSH

Plaintiff files the attached status report providing a status of the above-captioned adversary proceedings.

Dated: April 12, 2010  **SULLIVAN • HAZELTINE • ALLINSON LLC**
Wilmington, Delaware

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
whazeltine@sha-llc.com

*Attorneys for Plaintiff*

## STATUS "A"

SETTLED SUBJECT TO FULL PAYMENT OF SETTLEMENT AMOUNT AND COURT APPROVAL:

| Defendants | Adv. No. | Status |
|---|---|---|
| Americ Disc U.S.A. – Minnesota Inc. | 09-52218 | This matter is continued to the omnibus hearing scheduled for May 18, 2010 at 2:00 p.m. |
| Duplium Corporation | 09-52223 | This matter is continued to the omnibus hearing scheduled for May 18, 2010 at 2:00 p.m. |

## STATUS "B"

NO ANSWER FILED. PARTIES ARE IN SETTLEMENT NEGOTIATIONS.

| Defendants | Adv. No. | Status |
|---|---|---|
| The Dering Corporation | 09-52219 | This matter is continued to the omnibus hearing scheduled for May 18, 2010 at 2:00 p.m. |
| Vaughan Associates | 09-52233 | This matter is continued to the omnibus hearing scheduled for May 18, 2010 at 2:00 p.m. |