**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEXPAK CORPORATION, *et al.*, [1] | ) | Case No. 09-11244 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR MATTERS SCHEDULED FOR HEARING
ON APRIL 19, 2010 AT 3:00 P.M.**

*HEARING CANCELLED—NO MATTERS GOING FORWARD*

**I.   CONTINUED MATTERS**

1.   Debtor's Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 363 Authorizing Debtor Nexpak Holdings, LLC to Cancel or Waive Certain Inter-Company Debt Owed by a Non-Debtor Affiliate or to Exchange Such Debt for Equity (Filed June 9, 2009; Docket No. 161).

**Related Documents:**

(a)   Motion to Shorten Notice with Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 363 Authorizing Debtor NexPak Holdings, LLC to Cancel or Waive Certain Inter-company Debt Owed by a Non-debtor Affiliate or to Exchange Such Debt for Equity (Filed June 9, 2009; Docket No. 162).

(b)   Order Granting Motion to Shorten Notice with Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 363 Authorizing Debtor NexPak Holdings, LLC to Cancel or Waive Certain Inter-company Debt Owed by a Non-debtor Affiliate or to Exchange Such Debt for Equity (Entered June 10, 2009; Docket No. 163).

(c)   Notice of Motion Regarding D.I. 161 (Filed June 10, 2009; Docket No. 165).

**Objection Deadline:**  June 17, 2009 at 4:00 p.m.

**Objections/Responses:**  None to date.

---

[1] The Debtors (along with the last four digits of their respective federal tax ID numbers) are the following entities: NexPak Corporation (2207); Atlanta Precision Molding Co., LLC (4923); EPM Holdings, Inc. (4658); NexPak Holdings LLC (8844); JMC Acquisition LLC (1660); and AEI Acquisition LLC (1655).

**Status:** This matter is continued to the hearing scheduled in these chapter 11 cases for May 18, 2010 at 2:00 p.m.

2. First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed September 29, 2009; Docket No. 399).

**Related Documents:**

(a) First Amended Disclosure Statement for the First Amended Joint Plan of Reorganization pursuant to Chapter 11 of the Bankruptcy Code (Filed September 29, 2009; Docket No. 400).

(b) Order (I) Approving Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving Form and Manner of Notice of Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (IV) Granting Related Relief. (Filed September 30, 2009; Docket No. 407).

(c) Notice of Adjournment of Hearing on Confirmation of Debtors' Proposed First Amended Joint Plan of Reorganization of NexPak and Its Affiliated Debtors and Debtors-in-Possession (Filed November 2, 2009; Docket No. 435).

(d) Notice of Adjournment of Hearing on Confirmation of the Debtors' Proposed First Amended Joint Plan of Reorganization (Filed November 30, 2009; Docket No. 466).

**Objection Deadline:** October 29, 2009 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** This matter is continued to the hearing scheduled in these chapter 11 cases for May 18, 2010 at 2:00 p.m.

3. Debtors' First Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1 (Filed November 2, 2009; Docket No. 436).

**Related Documents:**

a. Withdraw of Debtors' First Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1 Solely with Respect to WBC Trucking (Filed December 1, 2009; Docket No. 469).

b. Certification of Counsel (Filed December 1, 2009; Docket No. 470).

**Objection Deadline:** November 25, 2009 at 4:00 p.m.

**Objections/Responses:**

a. Response of NMHG Financial Services, Inc. to Debtors' First Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S. C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1 (Filed November 25, 2009; Docket No. 464).

**Status:** The hearing on the objection to the claim of NMHG Financial Services, Inc. is continued to the hearing scheduled in these chapter 11 cases for May 18, 2010 at 2:00 p.m. The Court has entered an Order with respect to the remaining claims subject to this objection (Docket No. 476; Entered December 2, 2009).

Dated: April 15, 2010         **SULLIVAN • HAZELTINE • ALLINSON LLC**
Wilmington, Delaware

/s/ William A. Hazeltine
William A. Hazeltine (No. 3294)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
whazeltine@sha-llc.com
*Attorneys for the Debtors and Debtors-in-Possession*