# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEXPAK CORPORATION, et al.[1], | ) | Case No. 09-11244 (PJW) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| NEXPAK CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Defendants:** | ) | |
| AMERIC DISC U.S.A. – MINNESOTA INC. | ) | Adv. Proc. No. 09-52218 (PJW) |
| THE DERING CORPORATION | ) | Adv. Proc. No. 09-52219 (PJW) |
| DUPLIUM CORPORATION | ) | Adv. Proc. No. 09-52223 (PJW) |
| VAUGHAN ASSOCIATES | ) | Adv. Proc. No. 09-52233 (PJW) |
| ZANIN CD/DVD INC. | ) | Adv. Proc. No. 09-52235 (PJW) |

## AMENDED[2] AGENDA FOR MATTERS SCHEDULED FOR HEARING ON MAY 18, 2010 AT 2:00 P.M.

### I. CONTINUED MATTERS

1. Debtor's Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 363 Authorizing Debtor Nexpak Holdings, LLC to Cancel or Waive Certain Inter-Company Debt Owed by a Non-Debtor Affiliate or to Exchange Such Debt for Equity (Filed June 9, 2009; Docket No. 161).

   **Related Documents:**

   (a) Motion to Shorten Notice with Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 363 Authorizing Debtor NexPak Holdings, LLC to Cancel or Waive Certain Inter-company Debt Owed by a Non-debtor Affiliate or to Exchange Such Debt for Equity (Filed June 9, 2009; Docket No. 162).

   (b) Order Granting Motion to Shorten Notice with Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105 and 363 Authorizing Debtor NexPak Holdings, LLC to Cancel or Waive Certain Inter-company Debt Owed by

---

[1] The Debtors (along with the last four digits of each of their Federal tax identification numbers) are the following entities: NexPak Corporation (2207); Atlanta Precision Molding Co., LLC (4923); EPM Holdings, Inc. (4658); NexPak Holdings LLC (8844); JMC Acquisition LLC (1660); and AEI Acquisition LLC (1655).

[2] **All amended items appear in bold.**

a Non-debtor Affiliate or to Exchange Such Debt for Equity (Entered June 10, 2009; Docket No. 163).

(c) Notice of Motion Regarding D.I. 161 (Filed June 10, 2009; Docket No. 165).

**Objection Deadline:** June 17, 2009 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** This matter is continued to the hearing scheduled in these chapter 11 cases for June 22, 2010 at 3:30 p.m.

II. **UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION**

2. Motion For Entry Of An Order Pursuant To Bankruptcy Code Sections 105 And Bankruptcy Rule 9019 For Approval Of A Settlement Between Nexpak Corporation and the Gwinnett County Tax Commissioner (Filed April 29, 2010; Docket No. 610).

**Related Documents:**

(a) Certificate of No Objection Regarding Motion For Entry Of An Order Pursuant To Bankruptcy Code Sections 105 And Bankruptcy Rule 9019 For Approval Of A Settlement Between Nexpak Corporation and the Gwinnett County Tax Commissioner (Filed May 14, 2010; Docket No. 630).

**Objection Deadline:** May 11, 2010 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** A certificate of no objection has been filed. A hearing is necessary only if the Court has any questions.

3. Motion to Limit Notice for Entry of an Order Pursuant To Bankruptcy Code Sections 105 And Bankruptcy Rule 9019 For Approval Of A Settlement Between Nexpak Corporation and the Gwinnett County Tax Commissioner (Filed April 29, 2010; Docket No. 611).

**Related Documents:**

(a) Certificate of No Objection (Filed May 14, 2010; Docket No. 629).

**Objection Deadline:** May 11, 2010 at 4:00 p.m.

**Objections/Responses:** None.

**Status:** A certificate of no objection has been filed. A hearing is necessary only if the Court has any questions.

4. Motion of NHHG Financial Services, Inc. to Compel Joseph A. Jefferies Co. Inc. to Release Equipment (Filed April 29, 2010; Docket No. 612).

**Related Documents:**

(a) Certificate of No Objection (Filed May 14, 2010; Docket No. 631).

**Objection Deadline:** May 11, 2010 at 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** A certificate of no objection has been filed. A hearing is necessary only if the Court has any questions.

### III. UNCONTESTED MATTERS GOING FORWARD

5. First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed September 29, 2009; Docket No. 399).

**Related Documents:**

(a) First Amended Disclosure Statement for the First Amended Joint Plan of Reorganization pursuant to Chapter 11 of the Bankruptcy Code (Filed September 29, 2009; Docket No. 400).

(b) Order (I) Approving Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Manner of Solicitation Packages, (B) Approving Form and Manner of Notice of Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (IV) Granting Related Relief. (Filed September 30, 2009; Docket No. 407).

(c) Notice of Filing Plan Administrator Agreement (Filed May 14, 2010; Docket No. 627).

(d) Certification of Joseph L. King with Respect to the Tabulation of Votes to Accept or Reject the Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Filed May 14, 2010; Docket No. 633).

(e) Notice of Filing Proposed Confirmation Order (Filed May 14, 2010; Docket No. 634).

(f) Declaration of Kevin I. Dowd in Support of the Debtors' First Amended Joint Plan of Liquidation of NexPak Corporation and Its Affiliated Debtors (Filed May 17, 2010; Docket No. 638).

(g) Debtors' Memorandum in Support of Confirmation of the First Amended Joint Plan of Liquidation of NexPak Corporation and Its Affiliated Debtors (Filed May 17, 2010; Docket No. 639).

(h) Notice of Filing Revised Proposed Confirmation Order (Filed May 17, 2010; Docket No. 640).

**Objection Deadline:** October 29, 2009 4:00 p.m.

**Objections/Responses:** None to date.

**Status:** This matter is going forward.

IV. **CONTESTED MATTERS GOING FORWARD**

6. Debtors' First Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S.C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1 (Filed November 2, 2009; Docket No. 436).

**Related Documents:**

(a) Certification of Counsel (Filed May 17, 2010; Docket No. 637).

**Objection Deadline:** November 25, 2009 at 4:00 p.m.

**Objections/Responses:**

(a) Response of NMHG Financial Services, Inc. to Debtors' First Omnibus Objection to Claims (Substantive) Pursuant to 11 U.S. C. Section 502, Fed. R. Bankr. P. 3007 and Del. Bankr L.P. 3007-1 (Filed November 25, 2009; Docket No. 464).

**Status: A Certification of Counsel has been filed with respect to this objection. No hearing is necessary unless the Court has any questions.** The Court has entered an Order with respect to the remaining claims subject to this objection (Docket No. 476; Entered December 2, 2009).

## V. SCHEDULING CONFERENCE AND STATUST CONFERENCES

7. NexPak Corporation, et al. v. [See Attached Exhibit A]

**Related Documents:**

(a) Notice of Rescheduled Scheduling Conference and Status Conferences (Filed May 14, 2010; Docket No. 628).

(b) Status Report on Open Preference Adversary Actions (Filed May 14, 2010; Docket No. 632).

**Objections/Responses:** None to date.

**Status:** These matters are continued to the hearing scheduled in these chapter 11 cases for June 22, 2010 at 3:30 p.m.

Dated: May 17, 2010　　　　　**SULLIVAN • HAZELTINE • ALLINSON LLC**
Wilmington, Delaware

　　　　　　　　　　　　　　*/s/ William A. Hazeltine*
　　　　　　　　　　　　　　William A. Hazeltine (No. 3294)
　　　　　　　　　　　　　　4 East 8th Street, Suite 400
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　Tel: (302) 428-8191
　　　　　　　　　　　　　　Fax: (302) 428-8195
　　　　　　　　　　　　　　whazeltine@sha-llc.com

　　　　　　　　　　　　　　*Attorneys for the Debtors and Debtors-in-Possession*

# EXHIBIT A

| Defendant Name | Adversary Case No. |
|---|---|
| Americ Disc U.S.A. – Minnesota Inc. | 09-52218 (PJW) |
| The Dering Corporation | 09-52219 (PJW) |
| Duplium Corporation | 09-52223 (PJW) |
| Vaughan Associates | 09-52233 (PJW) |
| Zanin CD/DVD Inc. | 09-52235 (PJW) |