**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NEXPAK CORPORATION, *et al.*,[1] | ) | Case No. 09-11244 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER;
(II) OCCURRENCE OF PLAN EFFECTIVE DATE; AND
(III) DEADLINE FOR PROFESSIONAL FEE APPLICATIONS**

1. <u>Confirmation of Plan</u>: On May 18, 2010, the United States Bankruptcy Court for the District of Delaware entered an Order (the "Confirmation Order") (Docket No. 654) in the chapter 11 cases of the above referenced debtors and debtors in possession (the "Debtors") confirming the Debtors' *Second Amended Joint Plan of Reorganization for NexPak Corporation and its Affiliated Debtors* (the "Plan") (Docket No. 648).[2] The Plan, the Confirmation Order and this Notice may be viewed and downloaded free of charge on the Debtors' case website at http://www.delclaims.com/caseinfo/C09-11244.html.

2. <u>Occurrence of Effective Date</u>: The Effective Date of the Plan occurred on June 2, 2010.

3. <u>Deadline to File Administrative Expense Claims</u>. Pursuant to Section 4.1(b) of the Plan, holders of administrative expense claims arising from August 16, 2009 through the effective date (other than claims of the debtors' professionals) must file requests for payment of administrative expense claims on or before July 2, 2010.

4. <u>Deadline for Professional Fee Applications</u>: Pursuant to Section 4.1 of the Plan, all Professionals or other entities seeking an award from the Bankruptcy Court for compensation

---

[1] The Debtors are the following entities: NexPak Corporation (2207); Atlanta Precision Molding Co., LLC (4923); EPM Holdings, Inc. (4658); NexPak Holdings LLC (8844); JMC Acquisition LLC (1660); and AEI Acquisition LLC (1655).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

for services rendered and/or reimbursement of expenses through and including the Effective Date under Sections 503(b)(2), 503(b)(3), 503(b)(4) or 503(b)(5) of the Bankruptcy Code must file their respective final applications for compensation for services rendered and reimbursement of expenses on or before July 2, 2010.

     5.    <u>Claims Deadline for Filing Proof of Claim Relating to Executory Contracts and Unexpired Leases Rejected Pursuant to the Plan</u>. Pursuant to Section 7.2 of the Plan, Claims arising out of the rejection of an executory contract or unexpired lease designated for rejection pursuant to the Plan and/or Confirmation Order must be filed with the Bankruptcy Court by no later than July 2, 2010. The Holders of Claims not timely filed pursuant to this paragraph shall not be entitled to any distribution under the Plan or otherwise from the Reorganized Debtors.[3]

Dated: June 2, 2010　　　　　　　　　　**SULLIVAN • HAZELTINE • ALLINSON LLC**
       Wilmington, Delaware

                                             */s/ William A. Hazeltine*
                                             William A. Hazeltine (No. 3294)
                                             4 East 8th Street, Suite 400
                                             Wilmington, Delaware 19801
                                             Tel: (302) 428-8191
                                             Fax: (302) 428-8195
                                             whazeltine@sha-llc.com

                                             *Attorneys for Debtor and Debtor-in-Possession*

---

[3] The right to file a proof of Claim on account of such deemed rejection is not intended, nor shall it be deemed, to extend the time period for filing proofs of Claim for damages with respect to any other lease or other executory contracts previously assumed or rejected by the Debtors prior to the Effective Date.